FILED
2010 JAN 20 AM 11 35
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| SKYLER FRENICK,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration,<br><br>      Defendant. | No. CV-09-69-GF-SEH<br><br>**ORDER** |

On December 22, 2009, United States Magistrate Judge Keith Strong entered his Findings and Recommendations[1] in this matter. Plaintiff did not file objections.

No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However,

---

[1] Document No. 18

this Court will review Judge Strong's Findings and Recommendations for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Defendant's Motion to Dismiss[2] is GRANTED.

2. Plaintiff's Amended Complaint[3] is DISMISSED WITHOUT PREJUDICE.

DATED this 20th day of January, 2010.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[2] Docket No. 9

[3] Docket No. 6